# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREG STRAIN,** | Case No. 2:15-cv-00056-KJN |
| Plaintiff, | **ORDER** |
| vs. | |
| **GC SERVICES LIMITED PARTNERSHIP,** | |
| Defendant. | |

Pursuant to the stipulation of the parties to dismiss this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that:

1. The entire case is dismissed with prejudice, and each party shall bear its own costs and attorneys' fees.
2. All dates and deadlines in this action are vacated.
3. The Clerk of Court shall close this case.

Dated: September 2, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order to Dismiss - 1